UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ) | Case No. 2:15-mj-846-VCF |
| v. ) | Charging District: Central District of California |
| Gordon Driver ) | Charging District's Case No. CR 12-00967-JAK |
| *Defendant.* ) | |

**ORDER TRANSFERRING BOND**

A cash deposit in the amount of $7,500.00 was posted on November 3, 2015, receipt number NVLAS038064, for a bond ordered out of the Central District of California. Good cause appearing,

The clerk is ordered to transfer the $7,500.00 deposited in the registry of this court to the clerk of the court where charges are pending.

Date: November 4, 2015

United States Magistrate Judge
Cam Ferenbach